# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                        : NO. 505
                                       :

APPOINTMENTS TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE                      :
                                         :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 8th day of August, 2022, the Honorable Joffie C. Pittman, III, Philadelphia, and the Honorable Karen E. Zucker, Montgomery County, are hereby appointed as members of the Minor Court Rules Committee for a term of six years, commencing October 1, 2022.